UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
Wilkesboro Division

| In re: | ) | Case No. 10-50045 |
|---|---|---|
| | ) | |
| RANDOLPH WAYNE MAYE | ) | |
| | ) | Chapter 12 |
| Debtor(s) | ) | |

MOTION TO PAY ATTORNEY'S FEES AS AN ADMINISTRATIVE CLAIM

The debtor and attorney for debtor apply the Court as follows:

1. The debtor is a Chapter 12 debtor before this Court.
2. Prior to filing the debtor had insufficient funds to pay for an attorney for the Chapter 12 filing.
3. The debtor's attorney has agreed to represent the debtors and be paid post-petition.
4. Without the filing of the Chapter 12 the debtor does not believe he would have been able to reorganize and pay any dividend to their creditors. The debtor believes it would be a benefit to the Chapter 12 Estate to have the counsel of an attorney.
5. The Debtor and their attorney agreed to a fee in the amount of $6,500.00 and the Debtor's attorney has been compensated in the amount of $1182.00 before filing the petition.
6. The debtor requests the Trustee to pay the claim of debtor's attorney as an administrative expense to be paid before the claims of general unsecured creditors.

THEREFORE, the debtors respectfully move the Court to allow legal costs and attorney fees to be paid by the Trustee as an administrative expense in the amount of $5,318.00 to be paid in advance of general unsecured claims.

This the 15th day of January, 2010.

                                              Respectfully submitted,

                                              /s/Thomas C. Flippin
                                              Thomas C. Flippin
                                              Attorney for Debtors
                                              NC State Bar 29210
                                              1435 North Bridge Street
                                              Elkin, NC 28621
                                              (336) 526-2280
                                              tom@flippinlaw.com

**UNITED STATES BANKRUPTCY COURT**
Western District of North Carolina
Wilkesboro Division

| In re: | ) | Case No. |
|---|---|---|
| | ) | |
| RANDOLPH WAYNE MAYE | ) | **NOTICE OF HEARING** |
| | ) | Chapter 12 |
| Debtor(s) | ) | |
| | ) | |
| | ) | |
| | ) | CHAPTER 12 |

**TAKE NOTICE** that RANDOLPH WAYNE MAYE has filed papers to pay his attorney as an administrative claim. A copy of these paper(s) is included with this Notice or copied on the reverse side of this Notice.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

1. **A Hearing will be held in this matter. The hearing is scheduled for March 5th, 2009, at 9:30 a.m.** in United States Bankruptcy Court, located at 207 West Main Street, Wilkesboro, NC 28697.

This the 15th day of January, 2010.

Respectfully submitted,

/s/Thomas C. Flippin
Thomas C. Flippin
Attorney for Debtors
NC State Bar 29210
1435 North Bridge Street
Elkin, NC 28621
(336) 526-2280
tom@flippinlaw.com